100 P.3d 605

# SUPREME COURT OF HAWAIʻI

Hawaii Providers Network, Inc. v.
  AIG Hawaii Ins. Co., Inc. . . . . . . . 23790     10/05/2004  Denied       105 Hawaiʻi 362,
                                                                            98 P.3d 233